## LINE v. HUBER.

57 261
135 675

NEW TRIAL.—*Cause.*—*Ruling on Demurrer.*—*Practice.*—Error of the court in its ruling on a demurrer is not cause for a new trial.

SAME.—*Record.*—*Supreme Court.*—*Evidence.*—Where the evidence is not in the record, on appeal to the Supreme Court, no question is presented as to whether the verdict is sustained by the evidence, or is contrary to law.

From the Kosciusko Circuit Court.

*J. S. Frazer, R. B. Encell, J. Morris* and *W. H. Withers,* for appellant.

*H. S. Biggs,* for appellee.

PERKINS, C. J.—Suit by appellant, against appellee, for slander.

Verdict and judgment for the appellee.

There is but one assignment of error in this court, viz.: that the court below erred, in overruling appellant's motion for a new trial.

The causes for a new trial, specified in the motion, were:

1. The overruling of the demurrer to the second paragraph of answer, and the sustaining of the demurrer to the second paragraph of reply; and,

2. That the verdict was contrary to the law and the evidence.

Error in ruling upon a demurrer is not, in any case, a reason for a new trial. *The Ohio, etc., R. W. Co.* v. *Hemberger,* 43 Ind. 462.

That the verdict was contrary to the law and the evidence, was good cause for a motion for a new trial; but the court below overruled the motion, for the reason, we may infer, that the cause assigned did not exist; and, as the evidence is not in the record, we can not say the court erred in its ruling.

Judgment affirmed, with costs.